NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INOKE ETEAKI,<br><br>                    Plaintiff-Appellant,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant-Appellee. | No. 21-16208<br><br>D.C. No. 2:21-cv-00644-DWL<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Dominic Lanza, District Judge, Presiding

Submitted July 12, 2022[**]

Before:      SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Inoke Eteaki appeals pro se from the district court's judgment denying

Eteaki's application to proceed in forma pauperis ("IFP") in his action against the

acting commissioner of the Social Security Administration.  We have jurisdiction

under 28 U.S.C. § 1291.  We review for an abuse of discretion the denial of leave

    [*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

to proceed IFP. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). We affirm.

The district court did not abuse its discretion in denying Eteaki's IFP application because Eteaki failed to make a sufficient showing of indigency. *See id.* ("[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." (citation and internal quotation marks omitted) ).

Eteaki's motion for certified records (Docket Entry No. 16) and motion for status (Docket Entry No. 18) are denied as moot.

**AFFIRMED.**